STATE EX REL. TAMARACK TELEPHONE COMPANY, Appellant, vs. FARMERS TELEPHONE COMPANY OF COCHRANE, Respondent.

*March 9—June 18, 1928.*

For the appellant there were briefs by *John A. Markham* of Independence and *Q. H. Hale* of La Crosse, and oral argument by *Mr. Hale*.

For the respondent there was a brief by *Gaveney, Barlow & Fugina* of Arcadia, and oral argument by *John C. Gaveney*.

The following opinion was filed April 3, 1928:

Vinje, C. J.   As stated by the relator, there are no facts in dispute, and as held by the trial court the case is ruled by *Commonwealth Telephone Co. v. Carley,* 192 Wis. 464, 213 N. W. 469.

*By the Court.*—Judgment affirmed.

A motion for a rehearing was denied, with $25 costs, on June 18, 1928.